David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MELANIE BECERRA*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| MELANIE BECERRA,<br><br>  Plaintiff,<br><br>v.<br><br>CONSOLIDATED WORLD TRAVEL, INC. D/B/A HOLIDAY CRUISE LINE,<br><br>  Defendants. | Case No. 2:16-cv-00837-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>HOLIDAY CRUISE LINE</u>** |

Plaintiff MELANIE BECERRA and CONSOLIDATED WORLD TRAVEL, INC. D/B/A HOLIDAY CRUISE LINE hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to **CONSOLIDATED WORLD TRAVEL, INC. D/B/A HOLIDAY CRUISE LINE**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:           June 28, 2016

| By:<br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff*<br>*MELANIE BECERRA* | By:<br>/s/ Roy Taub, Esq.<br>Roy Taub, Esq.<br>Greenspoon Marder, P.A.<br>200 East Broward Boulevard<br>Suite 1800<br>Ft. Lauderdale, FL 33301<br>*Attorney for Defendant*<br>CONSOLIDATED WORLD TRAVEL, INC. D/B/A HOLIDAY CRUISE LINE |
|---|---|

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: June 28, 2016